**DISMISS; and Opinion Filed April 22, 2013.**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00350-CV**

**BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE AND**
**BAYLOR HEALTH CARE SYSTEM, Appellants**
**V.**
**ULISES RODRIGUEZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02446-E**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Lang-Miers

Before the Court is appellants' April 1, 2013 unopposed motion to dismiss the appeal.

Appellants inform the Court that they no longer wish to pursue the appeal. Accordingly, we

grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130350F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAYLOR REGIONAL MEDICAL
CENTER AT GRAPEVINE AND
BAYLOR HEALTH CARE SYSTEM,
Appellants

No. 05-13-00350-CV          V.

ULISES RODRIGUEZ, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-02446-E.
Opinion delivered by Justice Lang-Miers.
Justices Murphy and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, ULISES RODRIGUEZ, recover his costs of this appeal from appellants, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE and BAYLOR HEALTH CARE SYSTEM.

Judgment entered this 22nd day of April, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

–2–